**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**RUTH E. FISKE,**

      **Plaintiff,**

v.                                                 **Case No. 8:06-cv-1173-T-24TBM**

**PUBLIX SUPER MARKETS, INC.,**

      **Defendant.**

_____/

**O R D E R**

THIS MATTER is before the court on Defendant's **Motion to Compel Initial Disclosures from Plaintiff and Memorandum in Support** (Doc. 13). By its motion, Defendant seeks an Order compelling Plaintiff to provide mandatory disclosures, pursuant to Fed. R. Civ. P. 26(a), namely, a proper damages computation and the supporting documentation. Plaintiff responds that Defendant's motion was unnecessary because she has already agreed to supplement the answers to her initial disclosures. (Doc. 14).

Accepting Plaintiff's representations as true and correct, Defendant's motion to compel (Doc. 13) is DENIED as moot.

**Done and Ordered** in Tampa, Florida, this 7th day of November 2006

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record