**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RUTH E. FISKE,**

    **Plaintiff,**

**v.**                                                   **Case No. 8:06-cv-1173-T-24TBM**

**PUBLIX SUPER MARKETS INC.,**

    **Defendant.**
_____/

**O R D E R**

THIS MATTER is before the court on the **Motion of Defendant Publix Super Markets, Inc., to Compel a Response to Interrogatories and Requests to Produce** (Doc. 17) and the **Second Motion of Publix Super Markets, Inc., to Compel Initial Disclosures from Plaintiff** (Doc. 18).  By its motions, Defendant seeks an Order compelling Plaintiff to (1) provide answers, without objections, to Defendant's Interrogatories and Requests to Produce, which were served on October 9, 2006, (2) provide an amended damages computation which includes an explanation of how each amount for each category of damages claims was calculated, and (3) identify and make available for copying the documents on which her damages calculation is based.  By response dated December 21, 2006, Plaintiff asserts that she will forward her responses to Defendant's Interrogatories and Requests to Produce by December 22, 2006.  Plaintiff indicates that it was not her intent to not respond, however, she was in a severe automobile accident over the Thanksgiving holiday.  (Doc. 20). Plaintiff asserts further that the documents on which her damages calculation were based have

been provided. She also urges that her computation of back and front pay is clear and concise. (Doc. 19).

Upon consideration and accepting Plaintiff's representations as true and correct,[1] Defendant's motions to compel (Docs. 17-18) are **DENIED as moot**. Regarding Plaintiff's damages computations, at present, they appear adequate given Plaintiff's response.

**Done and Ordered** in Tampa, Florida, this 4th day of January 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record

---

[1] Defendant has filed nothing further with the court disputing Plaintiff's representations.