**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**RUTH E. FISKE,**

    **Plaintiff,**

v.                                                         **Case No. 8:06-cv-1173-T-24TBM**

**PUBLIX SUPER MARKET INC.,**

    **Defendant.**

_____/

**O R D E R**

THIS MATTER is before the court on the **Motion of Publix Super Market, Inc., to Compel Medical Release from Plaintiff** (Doc. 24). By its motion, Defendant seeks an Order compelling Plaintiff to produce an executed HIPAA compliant medical release within eleven days so that counsel can obtain her medical records. In response, Plaintiff states that the requested documents have been forwarded to Defendant's counsel (Doc. 26).

Upon consideration and accepting Plaintiff's representation as true and correct,[1] Defendant's motion (Doc. 24) is **DENIED** as moot.

**Done and Ordered** in Tampa, Florida, this 8th day of March 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record

---

[1] Defendant has filed nothing further with the court disputing Plaintiff's representation.